AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**JUSTIN MCAULIFFE**<br><br>**Date of Birth: XXXXXXXX**<br>*Defendant(s)* | )<br>)  Case: 1:21-mj-00135<br>)  Assigned to: Judge Robin M. Meriweather<br>)  Assign Date: 1/20/2021<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a)(1) and (2) - knowingly entering and remaining on restricted grounds without lawful authority and/or engaging in disorderly conduct within proximity to a restricted building to impede official functions | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Gary Battista, Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   01/20/2021

*Judge's signature*

City and state:   Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*