UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-MJ-135** |
| : | |
| **JUSTIN MCAULIFFE,** : | |
| **Defendant.** : | |

### CONSENT MOTION TO CONTINUE PRELIMINARY HEARING AND FOR EXCLUDABLE DELAY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Preliminary Hearing in the above-captioned matter from February 18, 2021 to May 19, 2021. The Government and the defendant agree that there is good cause to extend the complaint in this case from January 20, 2021, and to adjourn the preliminary hearing in this case to May 19, 2021. Defendant concurs in this request and agrees that it is in his best interest. In support thereof, the government states as follows:

1. On January 20, 2021, the defendant was arrested and charged by Criminal Complaint with knowingly entering a restricted area, in violation of 18 U.S.C. § 1752(a)(1) and (a)(2). The defendant made an initial appearance in the Northern District of New York and was released with conditions. His initial appearance was scheduled for February 18 in the District of Columbia.

2. The government and counsel for the defendant have conferred, and are continuing to communicate in an effort to resolve this matter. The current restrictions on counsel, particularly those impacting defense counsel's ability to communicate with his client

1

and the pandemic, have slowed this process. The parties agree that the complaint will remain in full force and effect through the new date of May 19, 2021. The parties agree that this stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention or pretrial release.

3. The parties, therefore, would respectfully request that the preliminary hearing and the date by which an information or an indictment must be filed be continued until May 19, 2021. The parties agree that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end. The parties agree that pursuant to 18 U.S.C. § 3161, the time from February 18, 2021 through May 19, 2021, shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the Preliminary Hearing in this matter until May 19, 2021.

                                  Respectfully submitted,

                                  MICHAEL SHERWIN
                                ACTING UNITED STATES ATTORNEY
                                N.Y. Bar No. 4444188


By:    /s/   April N. Russo
          April N. Russo
          Assistant United States Attorney
          PA Bar No. 313475
          U.S. Attorney's Office
          555 4th Street, N.W.
          Washington, D.C. 20530
          202-252-1717
          april.russo@usdoj.gov