UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-MJ-135-RMM |
| : | |
| **JUSTIN MCAULIFFE,** : | |
| : | |
| **Defendant.** : | |
| : | |

COMES NOW the United States Attorney's Office, by and through Jacob Strain, Assistant U.S. Attorney, and hereby enters a substitution of counsel. Jacob Strain replaces April Russo as counsel in the above entitled matter.

RESPECTFULLY SUBMITTED this 5th day of March, 2021.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY

        _____
        JACOB J. STRAIN (UT#:12680)
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        555 4th Street, N.W.
        Washington, D.C. 20530