**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-MJ-135** |
| | : | |
| **JUSTIN MCAULIFFE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The Government requests that the attached discovery letter, dated May 3, 2021, be made

part of the record in the above-captioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530



**U.S. Department of Justice**

**CHANNING D. PHILLIPS**
Acting United States Attorney
District of Utah

---

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

**May 3, 2021**

*__Discovery Letter #1__*

Rick Collins, Esq.
COLLINS GANN McCLOSKEY & BARRY PLLC
138 Mineola Blvd.
Mineola, NY 11501

   RE: U.S. v. Justin McAuliffe (21-MJ-135)

Dear Counsel,

  Pursuant to our discovery obligations, we have provided the following files via USAfx on May 3, 2021.   Note that many of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, some of the same files will be re-produced with bates-stamps at a later date.

   SIGNED - 21-mj-135 Mcauliffe Statement of facts.pdf
   SIGNED - 21-mj-135 Mcauliffe Warrant.pdf
   SIGNED - 21-mj-135 Mcauliffe Complaint.pdf
   MCAULIFFE, JUSTIN - NY DMV License.pdf
   Senator Jeffrey Merkley Hideaway Office.jpg
   Stolen Laptop.jpg
   Door Damage.jpg
   Joint.jpg
   McAuliffe Photos.msg
   Fw Capitol Building - Justin McAuliffe.msg
   McAuliffe .msg
   FW_ Kevin McAuliffe.msg
   Screenshot_20210107-133436.png
   Screenshot_20210107-1334367.png
   Screenshot_20210110-133920.png
   Screenshot_20210110-142523.png

Screenshot_20210108-162226.png
Screenshot_20210110-134303.png
Screenshot_20210108-162344.png
Screenshot_20210110-133415.png
Screenshot_20210110-133619.png
Screenshot_20210110-134211.png
Screenshot_20210110-133410.png
TrumpRallyDC_2021-01-06 16-17-10.mkv

We recognize the government's discovery obligations under Brady v. Maryland, 373 U.S. 83 (1963), its progeny, and Rule 16. We will continue provide timely disclosure if any such material comes to light. Consistent with Giglio, Ruiz, and 18 U.S.C. § 3500, we will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

We request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. We also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. See Fed. R. Crim. P. 26.2; United States v. Nobles, 422 U.S. 255 (1975). We request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, we request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions. We will forward additional discovery as it becomes available. If you have any questions, please feel free to contact us.


By: _/s/ Jacob J. Strain_
JACOB J. STRAIN
Assistant United States Attorney